07cv6753
JUDGE ZAGEL
MAG. JUDGE BROWN

AP... NTS
DISTRICT C... OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Frederick Blunt
(Please print)

**STREET ADDRESS:** 15108 University

**CITY/STATE/ZIP:** Dolton, IL. 60419

**PHONE NUMBER:** 708-214-8400

**CASE NUMBER:** 

Signature: Frederick Blunt

Date: Nov. 30th 2007

FILED
J.N
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
NOVEMBER 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)