## United States District Court for the Northern District of Illinois

Case Number: 07CV6753    Assigned/Issued By: J. N.

Judge Name: ZAGEL    Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other ____
[ ] $455.00

Number of Service Copies ____    Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 1115737

Date Payment Rec'd: 11-30-07    Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons    [ ] Alias Summons
[ ] Third Party Summons    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons    ____
[ ] Citation to Discover Assets    (Victim, Against and $ Amount)
[ ] Writ ____
(Type of Writ)

_1_ Original and _1_ copies on _11-30-07_ as to _DEFENDANT_
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05