**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Frederick Blunt
                  Plaintiff,

v.                                          Case No.: 1:07−cv−06753
                                                        Honorable James B. Zagel

Com Ed
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

    MINUTE entry before Judge Honorable James B. Zagel: Status hearing set for 4/16/2008 at 10:00 AM. Plaintiff is directed to appear. Failure to appear may result in a dismissal for want of prosecution.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.