**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Frederick Blunt
       Plaintiff,

v.              Case No.: 1:07−cv−06753
               Honorable James B. Zagel

Com Ed
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

  MINUTE entry before Judge Honorable James B. Zagel:Status hearing held on 4/16/2008. Plaintiff is referred to the pro se help desk in order to obtain assistance in properly effectuating service upon defendant. Status hearing set for 6/2/2008 at 10:00 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.