IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREDERICK BLUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.:  07 C 6753 |
| v. ) | |
| ) | Judge Zagel |
| EXELON/COMMONWEALTH EDISON ) | |
| COMPANY, ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

### NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Defendant Commonwealth Edison Company ("ComEd") (mistakenly referred to as "Exelon/Commonwealth Edison Company" in the Amended Complaint), pursuant to Rule 3.2 of the Local Rules for the Northern District of Illinois, Eastern Division, provides the following Notification of Affiliates Disclosure Statement.

ComEd is a wholly owned subsidiary of Exelon Energy Delivery Company, LLC. Exelon Energy Delivery Company, LLC, in turn, is a wholly owned subsidiary of Exelon Corporation.  Exelon Corporation is a publicly traded company.

Dated: August 29, 2008

Respectfully submitted,

DEFENDANT EXELON CORPORATION

By:      s/Kent Sezer
         One of its attorneys

Kent Sezer
Exelon Business Services Company
10 South Dearborn Street, 49th Floor
Chicago, Illinois 60603
(312) 394-7158
(312) 394-4895 fax

Attorney For Defendant Commonwealth Edison Company

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a copy of the foregoing **NOTIFICATION OF AFFILIATES DISCLSOURE STATEMENT,** to be filed by electronic means pursuant to the U.S. District Court for the Northern District of Illinois's General Order on Electronic Case Filing and service was accomplished by U.S. Mail, Postage prepaid to the following:

> Frederick Blunt
> 15108 University Avenue
> Dolton, IL 60419

on this 29th day of August, 2008.

_____s/Kent Sezer_____